## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| | : | |
| IN RE:  ASBESTOS PRODUCTS | : | **MDL 875** |
| LIABILITY LITIGATION | : | |
| ALL ACTIONS | : | **OHIO NORTHERN** |
| | : | *(MARDOC)* |
| | : | |

## O R D E R

**AND NOW** on this **3rd** day of **October, 2011**, it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41 (a) (2).

It is further **ORDERED** that the cases will be transferred to the "Bankruptcy Only" docket. [1]

It is further **ORDERED** that each of these cases shall be marked **CLOSED.**

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

---

[1]     The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.